```
                                         FILED
                                    CLERK, U.S. DISTRICT COURT
                                         JUN - 9 2010
                                    CENTRAL DISTRICT OF CALIFORNIA
                                              BY          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **10-1399M** |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | 18 U.S.C. § 3143(a) Allegations of Violations of |
| **Jesus Jose Casado, Jr.** | Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the **WD Texas** involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _Criminal history_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _history of flight / non-compliance with terms of release_

IT IS ORDERED that defendant be detained.

DATED: 6/9/10

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge